McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:  (202) 307-6648

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>LIEN C. THOMAS, et al.,<br><br>       Defendants. | Case No. CIV-F-02-6578 AWI LJO<br><br>**(1) AMENDED STIPULATION FOR ENTRY OF JUDGMENT,**<br>**(2) AMENDED JUDGMENT IN A CIVIL CASE, and**<br>**(3) ORDER** |

The active parties in this case are the United States, Lien C. Thomas (individually and as trustee of various trusts), Jeffrey A. Thomas, Maria D. Anthony, the California Franchise Tax Board ("FTB"), the County of Stanislaus, Clara Sharp, Danny D. Byker, and Judith L. Byker.  This amendment adds the County of Stanislaus, which holds a newly discovered lien, as an active party.  No other material change is made. It is hereby stipulated and agreed by all active parties that final judgment may be entered as follows:

**JUDGMENT IN A CIVIL CASE**

1.     Judgment is entered in favor of the United States and against Lien C. Thomas, in the amount of  $221,242.82, plus interest accruing after November 1, 2002, pursuant to 26 U.S.C. § 6601, 6621, and 6622, and 28 U.S.C. § 1961(c) until paid, for the unpaid federal individual income tax, penalties, and interest for the taxable years ending December 31,

1988, 1989, 1991, and 1992.

    2.    The collection of this judgment and related tax liens on the property of Alan Thomas has been settled by the following agreement. If the following obligations are performed within 60 days of the date of this Judgment, the United States will file with the Court a Satisfaction of Judgment.

    a.    The proceeds and payments described below will be paid to the Court to be divided between the California FTB, the County of Stanislaus, and the United States in full satisfaction of the federal individual income tax liabilities of Allan Thomas and Lien Thomas for 1988, 1989, 1991, and 1992 (the "years in suit").

    b.    Lien C. Thomas, Jeffrey A. Thomas, and Maria D. Anthony as individuals and on behalf of the Peabody Trust, the Homequity Trust, the Common Sense Trust, the Gemini Funding Group, and the Thomas/Pioneer Trust (collectively the "Thomases") relinquish any interest in the proceeds of the property and the property which was identified in the amended complaint in the above-referenced case (except the Thomas residence, discussed below). All such assets (except the Thomas residence) will be liquidated and the proceeds would be deposited to the Court to be divided later between the California FTB, the County of Stanislaus, and the United States.

    c.    In addition to the foregoing, Lien Thomas would pay to the Court 80% of the equity in her residence (3908 Lindenwood Court, Modesto, California, as described in the amended complaint) in the amount of $150,000.00 to be divided later between the California FTB, the County of Stanislaus, and the United States.

    d.    All parties would cooperate in government efforts to obtain Clara Sharpe's payment of the outstanding balance of the Sharp Note, in the

amount of $188,000; which proceeds would be deposited to the Court to be divided later between the California FTB, the County of Stanislaus, and the United States.

    e.    From the foregoing payments, the California FTB, the County of Stanislaus, and the United States would agree to a division and distribution of the proceeds in accordance with the priority of assessments or as otherwise agreed.

    f.    The Internal Revenue Service will retain any funds previously levied relating to the liabilities for the years in suit. The Thomases waive any right to seek a refund of the settlement payments or previously levied funds.

    g.    The United States, the California FTB, and the County of Stanislaus, agree to cooperate in subordinating or discharging the tax liens from the Thomas residence to permit the Thomases to borrow the settlement payment in a loan secured by the Thomas residence.

    h.    If the proceeds and payments are deposited to the Court as set forth above, and after the division of the deposited funds, within a reasonable time the United States will file a satisfaction of the judgment, release the federal tax liens relating to the years in suit, and abate any unpaid balance for the years in suit.

    i.    The parties are to bear their respective costs, including any possible attorney's fees or other expenses of this litigation.

3.    Numerous other parties were named as defendants due to their claim of interest in the notes and deeds of trust described in the amended complaint in this case. With the exception of the Sharp note, all such obligations have been liquidated and the proceeds deposited to the Court. All defendants except those specifically named above are dismissed from this case.

4.  The Court retains jurisdiction to enforce this agreement, or, in the event of a material default, to adjudicate all remaining issues raised in the amended complaint.

The parties agree and request an order directing entry of an amended final judgment in accordance with the foregoing.

McGREGOR W. SCOTT
United States Attorney

Dated: April 19, 2006

/S/ G. Patrick Jennings
G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
Telephone: (202) 307-6648

BILL LOCKYER, Attorney General
for the State of California

Dated: March 9, 2006

/S/ MICHAEL CORNEZ (as authorized on March 9, 2006)
MICHAEL CORNEZ
Deputy Attorney General
Telephone: (916) 327-0305
Attorneys for the California Franchise Tax Board

Dated: March 5, 2006

/S/ LORI MERSEREAU (as authorized on March 5, 2006)
LORI MERSEREAU
Law Offices of Lori M. Mersereau
Telephone: (916) 966-1860

Attorney for defendant Lien C. Thomas (as individual and as trustee), Jeffrey A. Thomas, (as individual and trustee), and Maria D. Anthony

Dated: March 2, 2006

/S/ MICHAEL LEE ABBOTT (as authorized on March 2, 2006)

MICHAEL LEE ABBOTT,
Telephone:
Attorney for Clara Sharp

Dated:  March 31, 2006         /S/  KENNETH M. FOLEY (as authorized on March 31, 2006)
KENNETH M. FOLEY,
Telephone: (209) 754-1891
Attorney for Danny and Judith Byker

MICHAEL H. KRAUSNICK
Stanislaus County Counsel

Dated:  March 6, 2006         /S/  DEIRDRE McGRATH (as authorized on March 6, 2006)
DEIRDRE McGRATH,
Deputy County Counsel
Telephone: (209) 525-4489

## ORDER

In accordance with the agreement of the parties, the Clerk shall enter the Judgment set forth above in the paragraphs numbered 1 through 4.  The parties are directed to contact the Court to schedule a status conference to be held within 90 days.

IT IS SO ORDERED.

**Dated:   April 19, 2006**         /s/ Anthony W. Ishii
0m8i78             UNITED STATES DISTRICT JUDGE