# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIEN C. THOMAS, et al.,<br><br>　　　　Defendants. | 1:02-cv-06578 AWI GSA<br><br>**ORDER RE MOTION TO WITHDRAW AS ATTORNEY**<br><br>(Document 94) |

　　　　On August 11, 2010, counsel for Defendant Clara Sharp filed a motion to withdraw as her attorney of record. (Doc. 94.) Defendant Clara Sharp did not file an opposition to the motion. Plaintiff United States of America filed a notice of non-opposition to the motion on August 27, 2010. (Doc. 100.)

　　　　On September 9, 2010, the day prior to the hearing on the motion, Plaintiff filed a withdrawal of its own motion to enforce the judgment (Doc. 101; *see also* Doc. 95), as well as a notice of deposit (Doc. 102). The funds deposited represent that portion of the monies owed by Defendant Clara Sharp, to wit: $188,000.00. (*See* Doc. 79.)

1

In light of the motion and declaration of Michael L. Abbott, and proper notice to Defendant Clara Sharp and lack of objection on her part, coupled with the fact Defendant Clara Sharp has now fully complied with the judgment of this Court, the motion is GRANTED. Accordingly, the hearing on the motion scheduled for September 10, 2010, is HEREBY off calendar.

IT IS SO ORDERED.

Dated:   **September 9, 2010**                    /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE