# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>            Plaintiff,                            )<br>                                                             )<br>      v.                                                 )<br>                                                             )<br>LIEN C. THOMAS, et al.,                 )<br>                                                             )<br>            Defendants.                        )<br>                                                             )<br>_____) | 1:02-cv-06578 AWI GSA<br><br>**ORDER RESETTING STATUS CONFERENCE** |

In light of the Satisfaction of Judgment as to Defendant Clara Sharp filed September 10, 2010 (Doc. 104), and the Government's status report of September 13, 2010 (Doc. 105), the Status Conference previously scheduled for Monday, September 20, 2010, is HEREBY CONTINUED to Tuesday, **October 19, 2010, at 9:30 a.m. in Courtroom 10**. Further, a joint status report shall be filed no later than October 12, 2010.

IT IS SO ORDERED.

Dated:   September 13, 2010                         /s/ Gary S. Austin
                                                                    UNITED STATES MAGISTRATE JUDGE

1