BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648



Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CIV-F-02-6578 AWI GSA |
| Plaintiff, | |
| v. | **ORDER OF DISTRIBUTION** |
| LIEN C. THOMAS, et al., | |
| Defendants. | |

The active parties in this case are the United States, the California Franchise Tax Board ("FTB"), and the County of Stanislaus. In accordance with the stipulation of the active parties and for good cause shown,

**IT IS ORDERED THAT** the Clerk shall distribute the funds on deposit in this case as follows:

1. First, by check made payable to the "United States Treasury" in the amount of $97,971.97 for the unpaid 1988 and 1989 federal individual income tax liabilities of Alan and Lien C. Thomas, mailed to:

    Office of Review, Tax Division
    P.O. Box 310
    Ben Franklin Station
    Washington, D.C. 20044

2. Second, by check made payable to the "Franchise Tax Board" in the amount of $162,378.00 for the unpaid California income tax liabilities of Alan and Lien C. Thomas, mailed to:

> JEFFREY A. RICH
> Deputy Attorney General
> State of California
> PO Box 944255
> 1300 I Street, Suite 125
> Sacramento, CA 94244-2550

3. Third, by check made payable to the "County of Stanislaus" in the amount of $26,965.18 for unpaid hospital charges incurred by Alan or Lien Thomas on or before November 27, 1995, mailed to:

> DEIRDRE McGRATH
> Office of County Counsel
> 1010 10th Street, Suite 6400
> Modesto, California 95354

4. Fourth, the entire remaining balance, without reduction for registry fees, for application to the federal tax judgment against Alan and Lien Thomas in this case, by check made payable to the "United States Treasury," mailed to:

> Office of Review, Tax Division
> P.O. Box 310
> Ben Franklin Station
> Washington, D.C. 20044

**IT IS SO ORDERED.**

Dated: Nov. 1, 2010

ANTHONY W. ISHII
United States District Judge

- 2 -

*Stipulation for Distribution*